# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00223-CV

## In re Matthew G. Whitman

## ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

## M E M O R A N D U M   O P I N I O N

Matthew Whitman has filed a petition for writ of mandamus, writ of prohibition and writ of injunction challenging the district court's March 23 temporary orders. On April 28, 2006, we stayed portions of the temporary orders pending our consideration of the petition. Having thoroughly reviewed the record, we conclude that Mr. Whitman has consistently failed to comply with the district court's orders and has waived his objections to discovery. Accordingly, the district court did not abuse its discretion in imposing the temporary orders of March 23, 2006. We deny the petition and lift the stay.

Bea Ann Smith, Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Filed:  May 24, 2006